IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW BAILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:16-CV-868-WKW ) [WO] |
| KERRY WILLIAMS, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On January 13, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Plaintiff's motion for preliminary injunction (Doc. # 4) is DENIED and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 30th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE